IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11- 531 WHA |
| | ) | |
| Plaintiff, | ) | ~~Proposed~~ |
| vs. | ) | |
| | ) | Order Releasing Judgment and Commitment Order to Defense |
| VINCENT WOODSON, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing therefore, IT IS HEREBY ORDERED that the sealed Judgment and Commitment Order in this matter be released to the Defense.   The defense requests that the Judgment be released for their eyes only.

IT IS SO ORDERED.

Dated:   April   29, 2015

_____
The Honorable William H Alsup
United States District Judge