STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Vincent Woodson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>            Plaintiff,<br><br>v.<br><br>**Vincent Woodson,**<br><br>            Defendants. | Case Number: CR 11-531 WHA<br><br>**Joint Stipulation and [Proposed] Order Continuing January 26, 2016, Hearing Date to February 2, 1016**<br><br>**Date:   January 26, 2016**<br>**Time:  2:00 p.m.** |

### STIPULATION

Defendant Vincent Woodson is currently set for status hearing before the Court on January 26, 2016. Mr. Woodson has an appearance on January 26, 2016, in traffic court in San Mateo on the same date. Mr. Woodson has previously continued his appearance in traffic court and believes he will be unable to continue the matter again. Accordingly, counsel jointly request a continuance of the presently set status hearing from January 26, 2016, at 2:00 p.m., to **February 2, 1016, at 2:00 p.m.**

SO STIPULATED.

Jt. Stip. Cont. Hearing & [Prop.] Order
CR 11-531 WHA                                              1

| | |
|---|---|
| Dated: January 25, 2016 | /s/ *Benjamin Kingsley*<br>BENJAMIN KINGSLEY<br>Assistant United States Attorney |
| Dated: January 25, 2016 | /s/ *Candis Mitchell*<br>CANDIS MITCHELL<br>Attorney for Defendant Woodson |

## [~~Proposed~~] Order

For the reasons stated above, the Court continues the status hearing date from January 26, 2016, at 2:00 p.m., to **February 2, 1016, at 2:00 p.m.**

SO ORDERED.

Dated: January 26, 2016.

**Honorable William ~~H~~. Alsup**
United States District Judge

Jt. Stip. Cont. Hearing & [~~Prop.~~] Order
CR 11-531 WHA                    2