STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Vincent Woodson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>        Plaintiff,<br><br>v.<br><br>**Vincent Woodson,**<br><br>        Defendants. | Case Number: CR 11-531 WHA<br><br>[~~Proposed~~] **Order for Writ of Habeas Corpus Ad Prosequendum** |

**TO:   THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA, OR ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD**

**Greetings:**

IT IS HEREBY ORDERED by this COURT that the Defendant, Vincent Woodson, shall be transported to Courtroom Eight before the Honorable William H. Alsup at the Phillip Burton Federal Building and United States Courthouse in San Francisco, California, on or before the 27th day of September, 2016, by the hour of 2:00 p.m. for purposes of appearance the above titled violation of supervised release.

[~~Prop.~~] Order
CR 11-531 WHA                                           3

1    He shall be transported from the Maguire Correctional Facility, Redwood City, California, by an
2    US Marshal, who shall transport him back to the Maguire Correctional Facility, Redwood City, California,
3    upon conclusion of the court proceedings.

4    In the event the Defendant has been moved to another location, the US Marshal is authorized to
5    transport the Defendant from that new location to court as above.

6    The US Marshal may pick up the Defendant prior to the date of trial and house the Defendant in
7    any appropriate facility until the Defendant is released and discharged by the Court.

8    SO ORDERED.

9    Dated: September 6, 2016.

**Honorable William H. Alsup**
United States District Judge

[~~Prop.~~] Order
CR 11-531 WHA                                4