BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    Fax: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 11-00531 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER** |
| v. | ) | |
| VINCENT WOODSON | ) | |
| Defendant. | ) | |

Defendant is charged with violating the terms of his supervised release. He is currently in state custody. A hearing is schedule for September 27, 2016, at 2:00 p.m. on defendant's case.

In order to facilitate defendant's appearance in this case, this Court previously issued a writ of habeas corpus ad prosequendum to the sheriff of San Mateo County, who had initially held defendant as part of his state case. However, defendant was moved to San Quentin State Prison before that writ was served. In a separate filing, the government has thus requested that this Court issue another writ, to the warden of San Quentin. The parties jointly request that the hearing scheduled for September 27, 2016, be continued until October 11, 2016, at 2:00 p.m., to allow for sufficient time for the United States

//

//

Marshals Service to serve a writ on the warden of San Quentin and take defendant into federal custody for these proceedings.

IT IS SO STIPULATED.

Dated: September 22, 2016

/s/
BENJAMIN KINGSLEY
Assistant United States Attorney

Dated: September 22, 2016

/s/
CANDIS MITCHELL
Counsel for Defendant Vincent Woodson

[PROPOSED] ORDER

The hearing scheduled for September 27, 2016, at 2:00 p.m., is continued to October 11, 2016, at 2:00 p.m.

IT IS SO ORDERED.

Dated: September 22, 2016.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER
NO. CR 11-00531 WHA